IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Jessica Lorena Pilicita Chuquitarco

                      Plaintiff(s)  )    **NOTICE OF VOLUNTARY**
v.    )    **DISMISSAL PURSUANT TO**
    )    **F.R.C.P. 41(a)(1)(A)(i)**

Doe et al    )    Case No.: 1:25-cv-09517-JHR

                      Defendant(s)  )

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Jessica Lorena Pilicita Chuquitarco and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Doe et al.

Date: 11/15/2025

The Clerk of Court is directed to close the case.

SO ORDERED.
*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: November 18, 2025

_____
Signature of plaintiffs or plaintiff's counsel

172 North 14th Street
Address

East Orange, NJ 07017
City, State & Zip Code

(862) 622-6409
Telephone Number